Edmond I. Eger et al., Appellees, v. Illinois Protestant Children's Home, Inc., Appellant. City of Chicago, Defendant.

Gen. No. 44,398.

opinion filed March 29, 1948; released for publication April 9, 1948. Anthony J. Mercurio, for appellant; A. D. McMahon, of counsel; Manly K. Hunt, for appellees. Opinion by JUSTICE FEINBERG. Not to be published in full.

John T. Dempsey, Administrator with Will Annexed in Estate of Anton M. Simonsen, Deceased, Appellee, v. Marion Patricia Hass et al., Appellees. Niels Pedersen, Appellant.

Gen. No. 44,267.